1  STEPHEN M. HAYES (SBN 83583)
   shayes@hayesscott.com
2  CHERIE M. SUTHERLAND (217992)
   csutherland@hayesscott.com
3  HAYES SCOTT BONINO ELLINGSON & GUSLANI LLP
   333 Twin Dolphin Drive, Suite 230
4  Redwood City, CA 94065
   Telephone:    (650) 637-9100
5  Facsimile:    (650) 637-8071

6  Attorneys for Defendants
   STATE FARM GENERAL INSURANCE COMPANY; STATE FARM MUTUAL
7  AUTOMOBILE INSURANCE COMPANY

8
   ALAN FASSONAKI (SBN 309147 )
9  alan@fassonkilaw.com
   LAW OFFICES OF STEVEN B. SIMON
10 5550 Topanga Canyon Boulevard, Suite 200
   Woodland Hills, CA 91367-6496
11 Telephone:    (818) 592-0333
   Facsimile:    (818) 592-0985
12
   Attorney for Plaintiff
13 DAMERON HOSPTIAL ASSOCIATION

14

15                       UNITED STATE DISTRICT COURT

16                      EASTERN DISTRICT OF CALIFORNIA

17

18 DAMERON HOSPITAL ASSOCIATION,          CASE NO.: 2:25-cv-02209-WBS-SCR
   a California Non- Profit Association
19                                        **STIPULATION AND ORDER EXTENDING**
           Plaintiff,                     **TIME TO FILE DISPOSITIONAL**
20                                        **DOCUMENTS**
                                          **(E.D. Cal. L.R. 160(b))**
21         v.

22 STATE FARM GENERAL INSURANCE
   COMPANY; STATE FARM MUTUAL
23 AUTMOBILE INSURANCE
   COMPANY; and DOES 1 through 50,
24 inclusive,

25         Defendants.

26

27

28

**STIPULATION AND ORDER EXTENDING TIME TO FILE DISPOSITIONAL DOCUMENTS**

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

Pursuant to Local Rule 160(b), Plaintiff Dameron Hospital Association ("Plaintiff") and Defendants State Farm General Insurance Company and State Farm Mutual Automobile Insurance Company ("Defendants") (collectively "the Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, on October 14, 2025, the Parties filed a Joint Notice of Settlement (ECF No. 7), advising the Court that the action had been resolved;

WHEREAS, the Parties have since executed a formal, written settlement agreement;

WHEREAS, the settlement agreement requires payment of settlement funds by Defendants to Plaintiff as a material term of the agreement;

WHEREAS, as of the date of this stipulation, the settlement funds have not yet been received by Plaintiff;

WHEREAS, the Parties require additional time to allow for the processing and payment of the settlement funds before Plaintiff can file the final dispositional documents; and,

WHEREAS, good cause exists to extend the deadline for filing the dispositional papers pursuant to Local Rule 160(b).

IT IS HEREBY STIPULATED, by and between the Parties, that the deadline for the Parties to file the stipulation for dismissal or other dispositional documents shall be extended by thirty (30) days, to and including December 13, 2025.

SO STIPULATED.

Dated: November 12, 2025          LAW OFFICES OF STEVEN B. SIMON

                                  By: */s/ Alan Fassonaki* _____
                                      ALAN FASSONAKI
                                      Attorneys for Plaintiff
                                      DAMERON HOSPITAL ASSOCIATION

1  Dated: November 12, 2025          HAYES SCOTT BONINO ELLINGSON & GUSLANI LLP

2

3                                    By:  */s/ Cherie M. Sutherland*
                                          STEPHEN M. HAYES
4                                         CHERIE M. SUTHERLAND
                                          Attorneys for Defendants
5                                         STATE FARM GENERAL INSURANCE
                                          COMPANY and STATE FARM MUTUAL
6                                         AUTOMOBILE INSURANCE COMPANY

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND ORDER EXTENDING TIME TO FILE DISPOSITIONAL DOCUMENTS**

STEPHEN M. HAYES (SBN 83583)
shayes@hayesscott.com
CHERIE M. SUTHERLAND (217992)
csutherland@hayesscott.com
HAYES SCOTT BONINO ELLINGSON & GUSLANI LLP
333 Twin Dolphin Drive, Suite 230
Redwood City, CA 94065
Telephone:   (650) 637-9100
Facsimile:   (650) 637-8071

Attorneys for Defendants
STATE FARM GENERAL INSURANCE COMPANY; STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY


ALAN FASSONAKI (SBN 309147)
alan@fassonkilaw.com
LAW OFFICES OF STEVEN B. SIMON
5550 Topanga Canyon Boulevard, Suite 200
Woodland Hills, CA 91367-6496
Telephone:   (818) 592-0333
Facsimile:   (818) 592-0985

Attorney for Plaintiff
DAMERON HOSPTIAL ASSOCIATION

UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMERON HOSPITAL ASSOCIATION, a California Non- Profit Association<br><br>　　　Plaintiff,<br><br>　　v.<br><br>STATE FARM GENERAL INSURANCE COMPANY; STATE FARM MUTUAL AUTMOBILE INSURANCE COMPANY; and DOES 1 through 50, inclusive,<br><br>　　　Defendants. | CASE NO.: 2:25-cv-02209-SCR<br><br>**ORDER** |

**STIPULATION AND ORDER EXTENDING TIME TO FILE DISPOSITIONAL DOCUMENTS**

1  Based on the Parties' Stipulation and for good cause shown, the Court hereby ORDERS that the
2  deadline for the Parties to file their dispositional documents is extended to **December 15, 2025**.
3  The Scheduling Conference is reset for <u>**January 26, 2026 at 1:30 p.m**</u>., to be automatically vacated
4  upon the court's receipt of a stipulated dismissal.
5  IT IS SO ORDERED.

6  Dated:  November 12, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

- 1 -
**STIPULATION AND ORDER EXTENDING TIME TO FILE DISPOSITIONAL DOCUMENTS**