STEPHEN M. HAYES (SBN 83583)
shayes@hayesscott.com
CHERIE M. SUTHERLAND (217992)
csutherland@hayesscott.com
HAYES SCOTT BONINO
ELLINGSON & GUSLANI LLP
333 Twin Dolphin Drive, Suite 230
Redwood City, CA 94065
Telephone:   (650) 637-9100

Attorneys for Defendants
STATE FARM GENERAL INSURANCE COMPANY; STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

ALAN FASSONAKI (SBN 309147 )
alan@fassonkilaw.com
LAW OFFICES OF STEVEN B. SIMON
5550 Topanga Canyon Boulevard, Suite 200
Woodland Hills, CA 91367-6496
Telephone:    (818) 592-0333
Facsimile:     (818) 592-0985

Attorney for Plaintiff
DAMERON HOSPTIAL ASSOCIATION

UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMERON HOSPITAL ASSOCIATION, a California Non- Profit Association<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM GENERAL INSURANCE COMPANY; STATE FARM MUTUAL AUTMOBILE INSURANCE COMPANY; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.: 2:25-cv-02209-SCR<br><br>**STIPULATION AND ORDER DISMISSING THE ENTIRE <u>ACTION WITH PREJUDICE</u>**<br><br>[Fed. Rule Civ. Proc., Rule 41(a)(1)] |

2363639

**STIPULATION AND ORDER DISMISSING THE ENTIRE ACTION WITH PREJUDICE – CASE NO. 2:25-cv-02209-SCR**

1  IT IS HEREBY STIPULATED by plaintiff Dameron Hospital Association by and through its counsel of record Alan Fassonaki of the Law Offices of Steven B. Simon and defendants State Farm Mutual Automobile Insurance Company and State Farm General Insurance Company by and through their attorney of record Cherie M. Sutherland of Hayes Scott Bonino Ellingson & Guslani LLP, that the above-captioned action be, and hereby is, DISMISSED WITH PREJUDICE pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1) with each party bearing their own attorneys' fees and costs.

**SO STIPULATED.**

Dated:  November 24, 2025        LAW OFFICES OF STEVEN B. SIMON

By:   */s/ Alan Fassonaki*
      ALAN FASSONAKI
      Attorneys for Plaintiff
      DAMERON HOSPITAL ASSOCIATION

Dated:  November 24, 2025        HAYES SCOTT BONINO ELLINGSON & GUSLANI LLP

By:   */s/ Cherie M. Sutherland*
      STEPHEN M. HAYES
      CHERIE M. SUTHERLAND
      Attorneys for Defendants
      STATE FARM GENERAL INSURANCE
      COMPANY and STATE FARM MUTUAL
      AUTOMOBILE INSURANCE COMPANY

2363639

- 1 -

**STIPULATION AND ORDER DISMISSING THE ENTIRE ACTION WITH PREJUDICE – CASE NO. 2:25-cv-02209-SCR**

1 **<u>ORDER</u>**

2       Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed in its
3 entirety with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1) with each party
4 bearing their own attorneys' fees and costs.

5       **IT IS SO ORDERED.**

6 Dated: November 24, 2025

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE